379 A.2d 603

Commonwealth v. Patrick, Appellant.

Submitted December 6, 1976. Malcolm M. Limongelli, First Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents on the basis of *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).